IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS MCGLINCHY, o/b/o<br>MELANIE KOZAK, deceased<br><br>        Plaintiff,<br><br>        v.<br><br>MARTIN O'MALLEY,[1]<br>Commissioner of Social Security<br><br>        Defendant | :<br>:<br>:<br>:  CIVIL ACTION<br>:<br>:<br>:  No. 22-cv-00412-RAL<br>:<br>:<br>: |

**O R D E R**

**AND NOW** this 30th day of May 2024, upon consideration of the Parties' submissions, it is **ORDERED** that:

1. Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 6) is **GRANTED**, and the matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings consistent with the Memorandum Opinion filed contemporaneously with this Order;

2. **JUDGMENT IS ENTERED** by separate document, filed contemporaneously. *See Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sulliva*n, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a).

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as Defendant. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

                                         **BY THE COURT:**

                                         *s/Richard A. Lloret*
                                         **RICHARD A. LLORET**
                                         **U.S. Magistrate Judge**